## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV22-02368-AS | Date | June 15, 2022 |
|---|---|---|---|
| Title | Judy Michelle Schulte v. Kilolo Kijakazi, *Acting Commissioner of Social Security* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**        **(IN CHAMBERS)** ORDER TO SHOW CAUSE

    On April 8, 2021, Plaintiff Judy Michelle Schulte filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g) and 28 U.S.C. § 1361 (Docket Entry No. 1). On April 12, 2021, the Court issued an Order Re: Procedures in Social Security Case ("CMO") (Docket Entry No. 7) and ordered that plaintiff file an appropriate Proof of Service within 30 days from the date of the Order. On May 10, 2022, plaintiff filed an amended proof of service (Docket Entry No.12); however the Court issue a notice of discrepancy (Docket Entry No. 14) and ordered that counsel file an amended proof of service that that cured the deficiencies listed on docket no. 13.

    As of today, however, Plaintiff has failed to file her amended proof of service or a request for an extension of time in which to do so.

    The Court ORDERS Plaintiff to promptly file an appropriate Proof of Service within five (5) days of the date of this Order. All other deadlines of the CMO remain in effect.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |